# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **HEBERT JONES** | **CIVIL DOCKET NO. 6:23-CV-01218** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **STATE FARM FIRE & CASUALTY COMPANY** | **MAGISTRATE JUDGE DAVID J. AYO** |

## 60-DAY JUDGMENT OF DISMISSAL

The Court having been advised that this matter has settled,

IT IS HEREBY ORDERED that this action is DISMISSED, without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

IT IS FURTHER ORDERED that the parties shall submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all parties who have appeared, together with a judgment for execution by the Court. Any motion that may be pending in this case is hereby denied as moot.

THUS, DONE AND SIGNED in Chambers on this 13TH day of September 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE