# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **HERBERT JONES** | **CIVIL ACTION NO. 6:23-CV-1218** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

Considering the JOINT MOTION TO DISMISS ("the Motion") [Doc. 21], filed by Plaintiff, Herbert Jones and Defendants, State Farm Fire and Casualty Company;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this lawsuit and all claims asserted herein by Plaintiff, Herbert Jones against Defendants, State Farm Fire and Casualty Company are hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and court costs.

THUS, DONE AND SIGNED in Chambers on this 19th day of March 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE